DELIA BURKE MURRAY, appellant,

*v.*

MARY DONAHUE et al., respondents.

[Decided May 16th, 1932.]

*Messrs. Hart & Vanderwart,* for the appellant.

*Mr. Mark Sullivan,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *108 N. J. Eq. 146.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—VAN BUSKIRK, KERNEY, JJ. 2.